DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARTA M. BASCOY,** personally and as representative, proxy of
**MARTHA TORRES,**
Appellants,

v.

**THE BANK OF NEW YORK MELLON,** etc., et al.,
Appellee.

No. 4D2025-1863

[June 18, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos Augusto Rodriguez, Judge; L.T. Case No. 062012CA018307AXXXCE.

Marta M. Bascoy, Miramar, pro se.

Richard Slaughter McIver and Joseph G. Paggi III of Kass Shuler, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHEPHERD and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***